FILED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

*Return unex.*

2013 SEP 12 P 1:57

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| VERTAMIN, INC. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:13cv1090 |
| GRAB NETWORKS, INC., d/b/a GRAB MEDIA, and GRAB NETWORKS HOLDINGS, INC., d/b/a GRAB MEDIA. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Grab Networks, Inc.
21000 Atlantic Blvd, 6th Fl.
Dulles, Loudoun County, Virginia 20166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Vertamin, Inc.
340 Albert Street, Suite 1300
Ottawa, Ontario, Canada
K1R 7Y6

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/30/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| VERTAMIN, INC. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:13cv1090 |
| GRAB NETWORKS, INC., d/b/a GRAB MEDIA, and GRAB NETWORKS HOLDINGS, INC., d/b/a GRAB MEDIA. | ) ) ) ) |
| *Defendant(s)* | ) |

*[Filed stamp: SEP 1 2 2013, CLERK, U.S. DISTRICT COURT, ALEXANDRIA, VIRGINIA]*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Grab Networks, Inc.
21000 Atlantic Blvd, 6th Fl.
Dulles, Loudoun County, Virginia 20166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Vertamin, Inc.
340 Albert Street, Suite 1300
Ottawa, Ontario, Canada
K1R 7Y6

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/30/13

CLERK OF COURT

*[Signature]*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*


                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

## United States District Court for the Eastern District of Virginia

Vertamin, Inc.,

        Plaintiff(s),

vs.

Grab Networks, Inc., d/b/a Grab Media, et al,

        Defendant(s).

Case No.: 1:13CV1090

**AFFIDAVIT OF SERVICE**

On __9-5-13__ at __12:52__ AM/**PM** I served the within **Summons in a Civil Action; Notice; Civil Cover Sheet; Verified Complaint; Exhibits** on Grab Networks, Inc., d/b/a Grab Media, by serving CT Corporation System, Defendant(s).

Said service was effected at __4701 Cox Rd., Ste. 301, Glen Allen, VA. 23060__
in the following manner:

☐ **Registered Agent:** By leaving a copy of the Summons in a Civil Action; Notice; Civil Cover Sheet; Verified Complaint; Exhibits with

_____, the registered agent of Grab Networks, Inc., d/b/a Grab Media, by serving CT Corporation System.

☐ **Officer/Agent:** By leaving a copy of the Summons in a Civil Action; Notice; Civil Cover Sheet; Verified Complaint; Exhibits with:

_____, _____, who is an officer or agent of Grab Networks, Inc., d/b/a Grab Media, by serving CT Corporation System.

☒ **Other:** By leaving a copy of the Summons in a Civil Action; Notice; Civil Cover Sheet; Verified Complaint; Exhibits with:

__Not found__, _____.

Addl Comments: __CT Corporation System said this is no longer a servable corporate entity.__

Description of person process was left with:

Sex: _____ Race: _____ Approx. Age: _____ Height: _____ Weight: _____

X _____

Signed and sworn to before me on this __9th__ day of __Sept.__, 20__13__.

__David M. Hester, Sr.__
(Print Name)

Same Day Process Service, Inc.
1219 11th St., NW
Washington, DC 20001
(202)-398-4200

__Donna Faye Hester__
Notary Public

State of Virginia
County of Chesterfield
Commission expires 11-30-16

*72636*

(Notary seal: DONNA FAYE HESTER, NOTARY PUBLIC, MY COMMISSION NUMBER 237445, COMMONWEALTH OF VIRGINIA)

Case 1:13-cv-01090-LMB-IDD Document 5 Filed 09/12/13 Page 5 of 5 PageID# 36

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Grab Networks, Inc.**
was received by me on *(date)* **9-4-13**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because **No longer a servable entity.** ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9-9-13**

_____
Server's signature

**David M. Hester, Sr., Private Process Server**
Printed name and title

Server's address

Additional information regarding attempted service, etc: