AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| _____ ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2013 I caused a copy of the Appearance of Counsel to be mailed to the defendants at the addresses below, which are the last known addresses of said defendants.

Grab Networks, Inc., d/b/a Grab Media
21000 Atlantic Blvd, 6th Fl.
Dulles, Virginia 20166

Grab Networks Holdings, Inc., d/b/a Grab Media
21000 Atlantic Blvd, 6th Fl.
Dulles, Virginia 20166

Grab Networks Holdings, Inc., d/b/a Grab Media
PO Box 99
Bolton, MA 01740

 /s/ Joshua S. Kauke
Joshua S. Kauke