AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| VERTAMIN, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-1090 (LMB/IDD) |
| GRAB NETWORKS, INC., d/b/a GRAB MEDIA, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vertamin, Inc.

Date:   10/21/2013

/s/ Joshua S. Kauke
*Attorney's signature*

Joshua S. Kauke (VSB # 78668)
*Printed name and bar number*

SPERDUTO THOMPSON PLC
1133 Twentieth St. NW
Second Floor
Washington, D.C. 20036
*Address*

jkauke@sperdutothompson.com
*E-mail address*

(202) 408-8900
*Telephone number*

(202) 408-8910
*FAX number*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of October 2013 I caused a copy of the Appearance of Counsel to be mailed to the defendants at the addresses below, which are the last known addresses of said defendants.

>Grab Networks, Inc., d/b/a Grab Media
>21000 Atlantic Blvd, 6th Fl.
>Dulles, Virginia 20166
>
>Grab Networks Holdings, Inc., d/b/a Grab Media
>21000 Atlantic Blvd, 6th Fl.
>Dulles, Virginia 20166
>
>Grab Networks Holdings, Inc., d/b/a Grab Media
>PO Box 99
>Bolton, MA 01740

               /s/ Joshua S. Kauke
               Joshua S. Kauke