**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| Vertamin, Inc.                         )<br>                                                )<br>         Plaintiff                         )<br>                                                )<br>v.                                           )   CIVIL ACTION NO.   1:13cv1090<br>                                                )<br>Grab Networks, Inc., et al.         )<br>         Defendants                   ) | |

## **ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and the declaration of Joshua Steven Kauke, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Grab Networks, Inc. and Grab Networks Holdings, Inc. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

                                        FERNANDO GALINDO
                                        CLERK OF COURT


                                        By: _____/s/_____
                                            Kathy Lau
                                            DEPUTY CLERK


Dated:   10/25/2013