IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| VERTAMIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:13-cv-1090 (LMB/IDD) |
| | ) | |
| GRAB NETWORKS, INC., d/b/a GRAB | ) | |
| MEDIA, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that pursuant to the Court's Order dated October 16, 2013

(Dkt. 8), a hearing on Plaintiff's Motion For Default Judgment has been scheduled for 10:00 a.m.

on November 15, 2013 before Magistrate Judge Davis.


Dated:  Washington, D.C.              Respectfully submitted
        November 1, 2013


                                       /s/ Joshua S. Kauke
                                       Kim Hoyt Sperduto (VSB #36821)
                                       ksperduto@sperdutothompson.com
                                       Joshua S. Kauke (VSB # 78668)
                                       jkauke@sperdutothompson.com
                                       SPERDUTO THOMPSON PLC
                                       1133 Twentieth Street NW
                                       Second Floor
                                       Washington, D.C. 20036
                                       Tel: (202) 408-8900
                                       Fax: (202) 408-8910
                                       *Attorneys for Plaintiff Vertamin, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2013 I caused copies of Plaintiff's Motion For Default Judgment And Memorandum Of Law In Support Of Default Judgment, Declaration In Support Of Plaintiff's Motion For Default Judgment, proposed Default Judgment, and Notice Of Hearing to be mailed to the defendants at the addresses below, which are the last known addresses of said defendants.

Grab Networks, Inc., d/b/a Grab Media
21000 Atlantic Blvd, 6th Fl.
Dulles, Virginia 20166

Grab Networks Holdings, Inc., d/b/a Grab Media
21000 Atlantic Blvd, 6th Fl.
Dulles, Virginia 20166

Grab Networks Holdings, Inc., d/b/a Grab Media
PO Box 99
Bolton, MA 01740

/s/ Joshua S. Kauke
Joshua S. Kauke