# **MOTION HEARING**

Date:   11/15/13                                     Judge:  Ivan D. Davis
                                                     Reporter: FTR
Start:  10:07                                        Deputy Clerk:  John Williams
Finish: 10:09

Civil Action Number: 1:13CV1090

     Vertamin, Inc.

vs.

     Grab Netwoks, Inc., et al

Appearance of Counsel for ( x  )Pltf  (   ) Deft
(   ) Matter is Uncontested
Motion to/for:

[13]Motion for Default Judgment -

Argued &
(   ) Granted   (   ) Denied   (   ) Granted in part/Denied in part
( x ) Taken Under Advisement   (   ) Continued to

( x ) Report and Recommendation to Follow
(   ) Order to Follow