IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VERTAMIN, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 1:13cv01090 (LMB/IDD) |
| ) | |
| GRAB NETWORKS, INC., ) | |
|     Defendants. ) | |

ORDER

On Thursday, May 8, 2014, the Court declined to adopt the Report and Recommendation issued by a magistrate judge [Dkt. No. 16] and ordered plaintiff to establish good cause for granting its Motion for Default Judgment [Dkt. No. 13] and present evidence sufficient to establish its damages within 14 days. [Dkt. No. 20]. The time for plaintiff's response expired on Thursday, May 22, 2014, and no response has been filed as of the date of this Order. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Default Judgment [Dkt. No. 13] be and is DENIED, and it is further

ORDERED that plaintiff show cause within 14 days why this action should not be dismissed.

The Clerk is directed to forward copies of this Order to counsel of record and to defendants at their addresses of record.

Entered this 27th day of May, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge