```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF VIRGINIA
                      Alexandria Division
```

VERTAMIN, INC.,              )
                             )
        Plaintiff,           )
                             )       1:13cv01090 (LMB/IDD)
    v.                       )
                             )
GRAB NETWORKS, INC.,         )
                             )
        Defendants.          )

## ORDER

On Tuesday, May 27, 2014, the Court denied plaintiff's Motion for Default Judgment [Dkt. No. 13] and ordered plaintiff to show cause within 14 days why this action should not be dismissed [Dkt. No. 24]. The time for plaintiff's response expired on Tuesday, June 10, 2014, and no response has been filed as of the date of this Order. Accordingly, it is hereby

ORDERED that this action be and is DISMISSED.

The Clerk is directed to forward copies of this Order to counsel of record and to defendants at their addresses of record.

Entered this 11th day of June, 2014.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge